IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

GEOFFREY IKEKNGA ELENDU

Defendant(s)

CRIMINAL CASE NO.

1:00-CR-619-01-JEC

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 6 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

### ORDER

The above entitled action is presently before the Court on defendant's Motion To Compel The Government To Comply With Plea Agreement [22] and defendant's Motion To Allow Attorney Not Admitted To The Bar Of This Court Permission To Practice In This Case Only [23]. The court deputy was orally advised Monday, December 12, 2005 by Special Agent Harwood, that the defendant has been deported.

ACCORDINGLY, IT IS HEREBY ORDERED that the Court **DENIES** defendant's Motion To Compel The Government To Comply With Plea Agreement [22] and defendant's Motion To Allow Attorney Not Admitted To The Bar Of This Court Permission To Practice In This Case Only [23].

SO ORDERED this 16 day of DECEMBER, 2005.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)